JURY, TRANSFERRED, TYPE-A

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00424-JDB
### Internal Use Only

| | |
|---|---|
| FESER v. AU OPTRONICS CORP. et al<br>Assigned to: Judge John D. Bates<br>Cause: 15:25 Clayton Act | Date Filed: 03/02/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 410 Anti-Trust<br>Jurisdiction: Federal Question |

**Plaintiff**

**GAIL FESER**
*on behalf of herself and all others similarly situated in the District of Columbia*

represented by **Soye Kim**
GUERRIERI EDMOND & CLAYMAN, P.C.
1625 Massachusetts Avenue, NW
Suite 700
Washington, DC 20036
(202) 624-7400
Fax: (202) 624-7420
Email: skim@geclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**AU OPTRONICS CORP.**

**Defendant**
**AU OPTRONICS CORP. AMERICA**

**Defendant**
**CHI MEIOPTO ELECTRONICS CO. LTD.**

**Defendant**
**CHI MEI OPTOELECTRONICS USA INC**

**Defendant**
**CHUNGHWA PICTURE TUBES, LTD.**

**Defendant**
**FUJITSU LIMITED, INC.**

District of Columbia live database - Docket Report
Case 3:07-cv-04074-SI   Document 1-2   Filed 08/08/2007   Page 2 of 8
Page 2 of 8

**Defendant**

FUJITSU AMERICA, INC.

**Defendant**

HANNSTAR DISPLAY CORPORATION

**Defendant**

HITACHI, LTD.

**Defendant**

HITACHI DISPLAYS, LTD.

**Defendant**

HITACHI AMERICA, LTD

**Defendant**

IDTECH CO., LTD.

**Defendant**

IDTECH USA, INC.

**Defendant**

IPS ALPHA TECHNOLOGY, LTD.

**Defendant**

L.G. PHILIPS LCD CO., LTD.

**Defendant**

L.G. PHILIPS LCD AMERICA, INC.

**Defendant**

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

**Defendant**

PANASONIC CORPORATION OF NORTH AMERICA

**Defendant**

MITSUBISHI ELECTRIC CORPORATION

**Defendant**

MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.

**Defendant**
NEC ELECTRONICS CORPORATION

**Defendant**
NEC ELECTRONICS AMERICA, INC.

**Defendant**
NEC LCD TECHNOLOGIES, LTD.

**Defendant**
SAMSUNG ELECTRONICS COMPANY LTD.

**Defendant**
SAMSUNG ELECTRONICS AMERICA, INC.

**Defendant**
SANYO ELECTRIC CO., LTD.

**Defendant**
SANYO NORTH AMERICA CORPORATION

**Defendant**
EPSON IMAGING DEVICES CORPORATION

**Defendant**
SEIKO EPSON CORPORATION

**Defendant**
EPSON AMERICA, INC.

**Defendant**
EPSON ELECTRONICS AMERICA, INC.

**Defendant**
SHARP CORPORATION

**Defendant**
SHARP ELECTRONICS CORPORATION         represented by  **Rebecca Malkin Carr**
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW

                    Washington, DC 20037
                    (202) 663-9143
                    Email: rebecca.carr@pillsburylaw.com
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**
**S-LCD CORPORATION**

**Defendant**
**SYNTAX-BRILLIAN CORP.**

**Defendant**
**TOSHIBA CORPORATION**

**Defendant**
**TOSHIBA AMERICA INC.**     represented by    **George Lovell Paul**
                    WHITE & CASE, L.L.P.
                    701 13th Street, NW
                    Washington, DC 20005-3807
                    (202) 626-3656
                    Fax: (202) 639-9355
                    Email: gpaul@whitecase.com
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Kristen J. McAhren**
                    HOWREY LLP
                    1229 Pennsylvania Avenue, NW
                    Washington, DC 20004
                    (202) 626-3706
                    Fax: (202) 639-9355
                    Email: kmcahren@whitecase.com
                    *ATTORNEY TO BE NOTICED*

**Defendant**
**TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.**

**Defendant**
**JOHN DOES 1-100**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2007 | 1 | COMPLAINT against FUJITSU AMERICA, INC., HANNSTAR DISPLAY CORPORATION, HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD, IDTECH CO., LTD., IDTECH USA, INC., IPS ALPHA TECHNOLOGY, LTD., L.G. PHILIPS LCD CO., LTD., L.G. PHILIPS LCD AMERICA, INC., MATSUSHITA |

| | | |
|---|---|---|
| | | ELECTRIC INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC & ELECTRONICS USA, INC., NEC ELECTRONICS CORPORATION, NEC ELECTRONICS AMERICA, INC., NEC LCD TECHNOLOGIES, LTD., SAMSUNG ELECTRONICS COMPANY LTD., SAMSUNG ELECTRONICS AMERICA, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, EPSON IMAGING DEVICES CORPORATION, SEIKO EPSON CORPORATION, EPSON AMERICA, INC., EPSON ELECTRONICS AMERICA, INC., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, S-LCD CORPORATION, SYNTAX-BRILLIAN CORP., TOSHIBA CORPORATION, TOSHIBA AMERICA INC., TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., JOHN DOES 1-100, AU OPTRONICS CORP., AU OPTRONICS CORP. AMERICA, CHI MEIOPTO ELECTRONICS CO. LTD., CHI MEI OPTOELECTRONICS USA INC, CHUNGHWA PICTURE TUBES, LTD., FUJITSU LIMITED, INC. ( Filing fee $ 350 receipt number 4616002680)filed by GAIL FESER. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 03/05/2007) |
| 03/02/2007 | ◯ | Summons (22) Issued as to FUJITSU AMERICA, INC., HANNSTAR DISPLAY CORPORATION, HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD, IDTECH CO., LTD., IDTECH USA, INC., IPS ALPHA TECHNOLOGY, LTD., L.G. PHILIPS LCD CO., LTD., L.G. PHILIPS LCD AMERICA, INC., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC & ELECTRONICS USA, INC., NEC ELECTRONICS CORPORATION, NEC ELECTRONICS AMERICA, INC., NEC LCD TECHNOLOGIES, LTD., SAMSUNG ELECTRONICS COMPANY LTD., SAMSUNG ELECTRONICS AMERICA, INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, EPSON IMAGING DEVICES CORPORATION, SEIKO EPSON CORPORATION, EPSON AMERICA, INC., EPSON ELECTRONICS AMERICA, INC., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, S-LCD CORPORATION, SYNTAX-BRILLIAN CORP., TOSHIBA CORPORATION, TOSHIBA AMERICA INC., TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., JOHN DOES 1-100, AU OPTRONICS CORP., AU OPTRONICS CORP. AMERICA, CHI MEIOPTO ELECTRONICS CO. LTD., CHI MEI OPTOELECTRONICS USA INC, CHUNGHWA PICTURE TUBES, LTD., FUJITSU LIMITED, INC.. (lc, ) (Entered: 03/05/2007) |
| 03/23/2007 | ◯ | SUMMONS (2) REISSUED as to NEC ELECTRONICS CORPORATION, TOSHIBA AMERICA INC. (sth, ) (Entered: 03/23/2007) |
| 03/26/2007 | ◯2 | ENTERED IN ERROR.....STIPULATION *for Extension of Time and Proposed Order* by GAIL FESER. (Kim, Soye) Modified on 3/27/2007 |

| | | |
|---|---|---|
| | | (zlc, ). (Entered: 03/26/2007) |
| 03/27/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 2 Stipulation was entered in error and counsel was instructed to refile said pleading as a motion. (zlc, ) (Entered: 03/27/2007) |
| 03/28/2007 | 3 | Consent MOTION for Extension of Time to *Respond to Complaint* by SHARP ELECTRONICS CORPORATION (Attachments: # 1 Text of Proposed Order)(Carr, Rebecca) (Entered: 03/28/2007) |
| 03/28/2007 | 4 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by SHARP ELECTRONICS CORPORATION (Carr, Rebecca) (Entered: 03/28/2007) |
| 03/29/2007 | 5 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by L.G. PHILIPS LCD AMERICA, INC. (Berger, Lee) (Entered: 03/29/2007) |
| 03/29/2007 | 6 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CHI MEI OPTOELECTRONICS USA INC (Pearson, Gordon) (Entered: 03/29/2007) |
| 03/29/2007 | 7 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by SANYO NORTH AMERICA CORPORATION (Caldwell, Adam) (Entered: 03/29/2007) |
| 04/02/2007 | 8 | ORDER: Upon consideration of 3 Consent Motion for Extension of Time to Respond to Complaint; it is hereby ordered that the motion is GRANTED; (SEE ORDER FOR MORE DETAILS). Signed by Judge John D. Bates on 04/02/07. (tb, ) (Entered: 04/02/2007) |
| 04/03/2007 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AU OPTRONICS CORP. AMERICA served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CHI MEI OPTOELECTRONICS USA INC served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. EPSON AMERICA, INC. served on 3/12/2007, answer due 4/2/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 12 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. EPSON ELECTRONICS AMERICA, INC. served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FUJITSU AMERICA, INC. served on 3/13/2007, answer due 4/2/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. HITACHI AMERICA, LTD served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |

| | | |
|---|---|---|
| 04/03/2007 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. IDTECH USA, INC. served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. L.G. PHILIPS LCD AMERICA, INC. served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MITSUBISHI ELECTRIC & ELECTRONICS USA, INC. served on 3/12/2007, answer due 4/2/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 19 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. NEC ELECTRONICS AMERICA, INC. served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 20 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. NEC ELECTRONICS CORPORATION served on 3/27/2007, answer due 4/16/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 21 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PANASONIC CORPORATION OF NORTH AMERICA served on 3/8/2007, answer due 3/28/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 22 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SAMSUNG ELECTRONICS AMERICA, INC. served on 3/8/2007, answer due 3/28/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 23 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SANYO NORTH AMERICA CORPORATION served on 3/8/2007, answer due 3/28/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 24 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SHARP ELECTRONICS CORPORATION served on 3/9/2007, answer due 3/29/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 25 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SYNTAX-BRILLIAN CORP. served on 3/8/2007, answer due 3/28/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 26 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TOSHIBA AMERICA INC. served on 3/27/2007, answer due 4/16/2007 (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 27 | Summons Returned Unexecuted by GAIL FESER as to SHARP CORPORATION. (Kim, Soye) (Entered: 04/03/2007) |
| 04/03/2007 | 28 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations |

| | | |
|---|---|---|
| | | and Financial Interests by PANASONIC CORPORATION OF NORTH AMERICA (Strochak, Adam) (Entered: 04/03/2007) |
| 04/04/2007 | 29 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NEC ELECTRONICS AMERICA, INC. (Aronica, Joseph) (Entered: 04/04/2007) |
| 04/10/2007 | 30 | NOTICE *of Joining Consent Motion* by SYNTAX-BRILLIAN CORP. re 8 Order on Motion for Extension of Time to (Fierst, David) (Entered: 04/10/2007) |
| 04/11/2007 | 31 | NOTICE *of Joining Consent Motion for Extension of Time* by TOSHIBA AMERICA INC. re 8 Order on Motion for Extension of Time to (Paul, George) (Entered: 04/11/2007) |
| 04/11/2007 | 32 | NOTICE of Appearance by George Lovell Paul on behalf of TOSHIBA AMERICA INC. (Paul, George) (Entered: 04/11/2007) |
| 04/11/2007 | 33 | NOTICE *of Incorrect Defendants on Address List* by GAIL FESER re 1 Complaint,,,, (Kim, Soye) (Entered: 04/11/2007) |
| 04/12/2007 | 34 | NOTICE of Appearance by Kristen J. McAhren on behalf of TOSHIBA AMERICA INC. (McAhren, Kristen) (Entered: 04/12/2007) |
| 04/17/2007 | 35 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by TOSHIBA AMERICA INC. (Paul, George) (Entered: 04/17/2007) |
| 04/17/2007 | 36 | NOTICE of Change of Address by Kristen J. McAhren (McAhren, Kristen) (Entered: 04/17/2007) |
| 08/07/2007 | 37 | LETTER dated 5/29/2007 from the Judicial Panel on Multidistrict Litigation directing the transfer of the original file and certified copy of the docket sheet to USDC-CAND. (lc, ) (Entered: 08/07/2007) |
| 08/07/2007 | 38 | Letter dated 5/29/2007 from the U.S. District Court for the Northern District of California requesting the transfer of the original file and certified copy of the docket sheet. (lc, ) (Entered: 08/07/2007) |
| 08/07/2007 | | Case transferred out to the USDC of U.S. District Court for the Northern District of California, pursuant to Court Order entered 5/29/2007. Sent to Court by E-Mail. (lc, ) (Entered: 08/07/2007) |