Jeffrey A. Bartos
Soye Kim
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, D. C.  20036-2243
(202) 624-7400
Fax:  (202) 624-7420
skim@geclaw.com

Attorneys for Plaintiff Gail Feser
and the Proposed Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION, _____ This Notice Relates To: *Feser v. AU Optronics Corp., et al.,* Case No. 07-cv-04074-SI, an Indirect Purchaser Action. _____ | Master File No. C07-1827-SI MDL Docket No. 1827 **NOTICE OF APPEARANCE OF JEFFREY A. BARTOS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby enters his appearance as counsel of record on behalf of Plaintiff Gail Feser and all others similarly situated in the above-captioned action. Plaintiff respectfully requests that all pleadings and other documents be served upon her at Guerrieri, Edmond, Clayman & Bartos, as identified below.

>	Jeffrey A. Bartos
>	Guerrieri, Edmond, Clayman & Bartos, P.C.
>	1625 Massachusetts Avenue, N.W.
>	Suite 700
>	Washington, D.C. 20036-2243
>	(202) 624-7400
>	Fax: (202) 624-7420
>	jbartos@geclaw.com

>	  s/ Jeffrey A. Bartos
>	Jeffrey A. Bartos
>	Soye Kim
>	Guerrieri, Edmond, Clayman & Bartos, P.C.
>	1625 Massachusetts Avenue, N.W.
>	Suite 700
>	Washington, D.C. 20036-2243
>	(202) 624-7400
>	Fax: (202) 624-7420
>	jbartos@geclaw.com
>	skim@geclaw.com

DATED: November 28, 2007

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 28, 2007, I filed the foregoing Notice Of Appearance Of Jeffrey A. Bartos with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.

                 s/ Jeffrey A. Bartos
                 Jeffrey A. Bartos
                 Guerrieri, Edmond, Clayman & Bartos, P.C.
                 1625 Massachusetts Avenue, N.W.
                 Suite 700
                 Washington, D.C.  20036-2243
                 (202) 624-7400
                 Fax:  (202) 624-7420